ACCEPTED
03-14-00519-CV
7572654
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 10:04:31 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00519-CV

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT, AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 10:04:31 AM
JEFFREY D. KYLE
Clerk

### JOHN THOMAS AIKEN
### v.
### ANGELIQUE S. NAYLOR and WELLS FARGO BANK, N.A.

---

### APPELLEE ANGELIQUE S. NAYLOR's
### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, Appellee, ANGELIQUE S. NAYLOR, and files this Notice of Appearance of Counsel and would respectfully show this Honorable Court the following:

1.     Appellant is JOHN THOMAS AIKEN; Appellees are ANGELIQUE S. NAYLOR and WELLS FARGO BANK, N.A.

2.     Appellee ANGELIQUE S. NAYLOR has retained James S. Frost, an attorney licensed to practice law in the State of Texas, to represent her as co-counsel with Russell Frost, currently counsel of record for Appellee. As such, Appellee ANGELIQUE S. NAYLOR respectfully requests that all correspondence regarding this matter be directed to Russell Frost and James S. Frost.

Respectfully submitted,
LAW OFFICE OF JAMES S. FROST
113 West Gonzales Street
Seguin, Texas 78155
Tel: 830-303-0404
Fax: 830-303-8584

By: _____
JAMES S. FROST
State Bar No. 07489500
frost@frostlawoffice.com

Page 1

LAW OFFICE OF RUSSELL FROST
711 West 7th Street
Austin, Texas 78704
Tel: (512) 225-5590
Fax: (512) 692-2895

By: _____
Russell Frost
State Bar No. 24063687
rfrost@russellfrostlaw.com

Attorneys for Appellee

## CERTIFICATE OF SERVICE

This is to certify that on the 28th day of October, 2015, a true and correct copy of the above and foregoing was delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure.

_____
JAMES S. FROST